COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTIONS FOR REHEARING

Appellate case name:     *Nai ("Jack") Wang and Wang Investment Houston Partnership v. Jose Gonzalez, All American Demolition, LLC, and Nelson Equipment, Ltd.*

Appellate case number:   01-11-00434-CV

Trial court case number:   2009-26214

Trial court:             295th District Court, Harris County, Texas

Date motions filed:      January 29, 2013, and January 31, 2013

Party filing motion:     Jose Gonzalez, All American Demolition, LLC, and Nelson Equipment, Ltd.

It is ordered that the motions for rehearing are **granted**.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                   ☐ Acting individually     ☑ Acting for the Court

Panel consists of:  Justices Keyes, Massengale, and Brown

Date:  May 24, 2013